CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
OCT 31 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY DEAN ROBINSON,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00451 |
| v. | ) ) ) | **MEMORANDUM OPINION** |
| NEW RIVER VALLEY<br>REGIONAL JAIL,<br>    Defendant(s). | ) ) ) ) | By:   Jackson L. Kiser<br>Senior United States District Judge |

    Jerry Dean Robinson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered October 7, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the Consent to Fee form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 31st day of October, 2013.

                                      /s/ Jackson L. Kiser
                                      Senior United States District Judge