CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 31 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JERRY DEAN ROBINSON, | |
| Plaintiff, | Civil Action No. 7:13-cv-00451 |
| v. | **DISMISSAL ORDER** |
| NEW RIVER VALLEY REGIONAL JAIL, | By: Jackson L. Kiser |
| Defendant(s). | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 31st day of October, 2013.

_____
Senior United States District Judge